Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

<table>
<tr><td>

**MARUBENI-ITOCHU STEEL AMERICA INC.,**

                    **Plaintiff,**

   v.

**UNITED STATES,**

                 **Defendant.**

</td><td>

**S U M M O N S**


**C t .  N o .  2 3 - c v - 0 0 1 4 9**

</td></tr>
</table>

**TO**:    The Attorney General and the Secretary of Homeland Security:

       **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                             /s/ Mario Toscano
                              Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port of Entry:   **Honolulu, HI** | Center (if known):   **Base Metals** |
| Protest Number:   **3201-23-100199** | Date Protest Filed:   **January 19, 2023** |
| Importer:   **Marubeni-Itochu Steel America Inc.** | Date Protest Denied:   **May 12, 2023** |
| Category of Merchandise:   **Sheet piles** | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 51210789809 | 4/14/2022 | 11/25/2022 | | | |

**Port Director**
**U.S. Customs and Border Protection**
**Port of Honolulu**
**300 Ala Moana Blvd. Room 2500**
**Honolulu, HI 96850**

**William R. Rucker**
**Faegre Drinker Biddle & Reath**
**320 S. Canal Street, Ste. 3300**
**Chicago, IL 60606-5707**
randy.rucker@faegredrinker.com

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Sheet Piles | 7301.10.0000 | 0%<br>With 25% Section 232 duties | 7308.90.9590 | 0%<br>Without 25% Section 232 duties |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Classification - the subject merchandise is properly classified under HTSUS subheading 7308.90.9590

The issue which was common to all such denied protests:

The identified tariff classification issue was common to all denied protests.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____/s/ Wm. Randolph Rucker_____
*Signature of Plaintiff's Attorney*

_____July 28, 2023_____
*Date*