## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| MARUBENI-ITOCHU STEEL AMERICA INC., | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 23-00149 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated on the following agreed statement of facts in which the parties agree that:

1.    The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.    The stipulable imported merchandise covered by the entry set forth on Schedule A, attached, consists of Combi Wall Sheet Piles and Combi Wall Type A and Type B King Piles with an epoxy coating, that are used to form a "Combi-Wall" system, and other CRZ-, ESZ-, and Delta Corner Sheet Piles without an epoxy coating.

3.    The Combi Wall Sheet Piles and Combi Wall Type A and B King Piles were declared on Entry Line No. 1 of Entry No. 512-1078980-9 and classified by U.S. Customs and Border Protection ("CBP") at liquidation under *Harmonized Tariff Schedule of the United States* ("HTSUS") subheading 7308.90.9590 with duties assessed at the rate of Free. These Combi Wall Sheet Piles and Combi Wall Type A and B King Piles were valued at liquidation at

$7,640,831 by CBP. This valuation incorrectly did not include the value of the epoxy coating applied to the Combi Wall Sheet Piles and Combi Wall Type A and B King Piles.

4.     The CRZ-, ESZ-, and Delta Corner Sheet Piles were declared on Entry Line No. 2 of Entry No. 512-1078980-9 and classified by CBP at liquidation under HTSUS subheading 7301.10.0000, with duties assessed at the rate of Free, plus Section 232 duties assessed at the rate of 25% under secondary HTSUS subheading 9903.80.01. These CRZ, ESZ-, and Delta Corner Sheet Piles were valued at $2,278,132 by CBP. This valuation incorrectly included the value of the epoxy coating applied to the Combi Wall Sheet Piles and Combi Wall Type A and B King Piles.

5.     The stipulable imported merchandise covered by Entry Line No. 1 is properly valued at $9,107,976, which properly includes the value of the epoxy coating.

6.     The stipulable imported merchandise covered by Entry Line No. 2 is properly valued at $810,988.

7.     The imported merchandise, covered by the entry set forth on the attached Schedule A, is stipulable in accordance with this agreement.

8.     Any refunds payable by reason of this agreement are to be paid with interest provided for by law.

9.     All other claims and non-stipulable entries are abandoned.

10.    Each party will bear its own costs and attorney's fees.

*Joint Stipulation, Court No. 23-00149*                                    *Page 3*

Respectfully submitted,


By:     Wm. Randolph Rucker
        Faegre Drinker Biddle & Reath LLP
        320 South Canal Street, Suite 3300
        Chicago, IL 60606
        Phone: (312) 569-1157
        *Attorney for Plaintiff*




        BRETT A. SHUMATE
        ASSISTANT ATTORNEY GENERAL
        CIVIL DIVISION

        PATRICIA M. McCARTHY
        Director

By:                                         6/16/25
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

                                            6/16/25
        GUY EDDON
        Senior Trial Attorney
        Civil Division, Dept. of Justice
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        Tel No: (212) 264-9232
        *Attorney for Defendant*

*Joint Stipulation, Court No. 23-00149*                                                    *Page 4*

## <u>JUDGMENT</u>

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entry and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge

Date:_____

*Joint Stipulation, Court No. 23-00149*                                            *Page 5*

## SCHEDULE A TO STIPULATED JUDGMENT

**PORT OF ENTRY: Honolulu, Hawaii (3201)**

| Protest No. | Entry No. | Line No. | Product Description | Stipulated Value |
|---|---|---|---|---|
| 3201-23-100199 | 512-1078980-9 | 1 | Combi Wall Type A and Type B King Piles and Combi Wall Sheet Piles | $9,107,967 |
| | | 2 | CRZ-, ESZ-, and Delta Corner Sheet Piles | $810,988 |